UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60010-CR-SMITH/VALLE(s)

UNITED STATES OF AMERICA

vs.

BRESHAWN HAMILTON,

Defendant.
_____/

## FACTUAL PROFFER

The United States of America and Breshawn Hamilton agree that had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

1. Breshawn Hamilton used multiple Instagram accounts to engage in sexually explicit communications with minor females, including but not limited to 2k20wit_rabbitt; rabbitt134000; and Keysavage_22. Instagram is a social media platform that relies on the internet to allow users to communicate with one another. Hamilton communicated with the minor vehicles while using one or more cellular phones and the Internet.

### Victim 1

2. On or about March 3, 2020, Hamilton communicated with a thirteen-year-old female ("Victim 1") residing in Lauderhill, Florida, on Instagram about meeting in person to have sex at a nearby library. Hamilton suggested that they have sex in a car in the library's parking lot. During this conversation, Victim 1 advised Hamilton that she was thirteen years old. Hamilton claimed that he was seventeen years old.

Case 0:21-cr-60010-RS Document 41 Entered on FLSD Docket 08/18/2021 Page 2 of 10

3. On or about March 3, 2020, Hamilton – while using the 2k20wit_rabbitt account – sent a video to Victim 1 depicting a black female – later identified as Victim 2 – touching her naked vagina with her fingers. After Hamilton sent the video, he and Victim 1 discussed having sex at Victim 1's house. After Hamilton repeatedly threatened to "expose" her, Victim 1 provided her home address. Hamilton threatened to expose her if she did not meet him, get into his car, and have sex with him.

4. With Victim 1's consent, law enforcement reviewed messages between Victim 1's Instagram accounts and Hamilton's three Instagram accounts. A review of the messages indicated that Victim 1 had deleted some of the messages. While in possession of Victim 1's phone, law enforcement observed a March 10, 2020, message sent from the 2k20wit_rabbitt account to Victim 1 containing a nude photograph of Victim 1, clearly showing her face and breasts, and the following message: "since you want to keep [lying] ima post you and your twin nudes" and "if you block me I will expose you. You might as well just reply so we can talk and I will delete your pictures."

5. Law enforcement subsequently interviewed Victim 1 regarding the messages. Although Victim 1 advised that she had been talking to the user of the three accounts for over a month, she did not know him by name. Victim 1 told law enforcement that she had sent a nude photograph to the Keysavage_22 account because the user threatened to expose her by posting her nude photograph publicly on Instagram unless she had sex with him. In order to prevent the dissemination of the image, Victim 1 agreed to have sex with the user. Victim 1 told law enforcement that, on or about March 3, 2020, she met with the user – later identified as Hamilton – and his friend at the parking lot of her residence. After entering the vehicle voluntarily, Victim 1 recalled Hamilton telling her that he would not disseminate her nude photograph if she also had sex

2

with the other male in the vehicle. Victim 1 stated that both males orally and vaginally penetrated her.

### Victim 2

6. On or about March 1, 2020, Hamilton used the 2k20wit_rabbitt account to communicate with a twelve-year-old girl ("Victim 2") residing in Texas through her Instagram account. During the conversation, Hamilton claimed to be fifteen years old with a date of birth of "2/25" – consistent with his actual birthday. When Hamilton asked Victim 2 for her age, she responded, "I'm 12." Hamilton initiated a sexually explicit conversation and video call with Victim 2. During the conversation, Hamilton asked Victim 2 to open her bra before responding, "Good girl." Hamilton subsequently directed Victim 2 to spread her legs open. He then placed two video calls with Victim 2. Hamilton then directed Victim 2 to pull down her underwear before stating, "Lets start." This prompted Victim 2 to respond, "U said I wouldn't have to do anything." Hamilton replied, "I wanna see if you get wet." Victim 2 subsequently placed a video call to Hamilton.

7. On or about March 1, 2020, in a separate conversation, Hamilton used the 2k20wit_rabbitt account to direct Victim 2 to send him a video of her vagina. When Victim 2 asked if she could send the video the next day, Hamilton responded, "No" and "Now." Hamilton then stated, "Damn u so wet." Hamilton inquired whether Victim 2 was actually twelve years old, to which she answered in the affirmative. Hamilton directed her to insert two fingers into her vagina. When Victim 2 refused, Hamilton threatened to share their conversations with others on Instagram.

8. On or about March 1, 2020, in a separate conversation, Hamilton used the 2k20wit_rabbitt account to communicate with Victim 2. He directed her to send

photographs/videos of her vagina to him. Victim 2 sent the requested images/videos. Instagram records show that Victim 2 sent three videos to Hamilton on this day, which depicted Victim 2 touching her vagina and inserting two fingers into her vagina.

9. On or about September 17, 2020, Victim 2 was forensically interviewed and disclosed that she texted and had video calls on Instagram with a male using the 2k20wit_rabbitt account. She recalled advising the user – known to law enforcement as Hamilton – that she was twelve years old. Victim 2 described how Hamilton directed her to touch her bare breasts and vagina. She further disclosed that Hamilton asked her to send videos of herself touching her vagina and inserting her fingers. During the sexually explicit video calls, Hamilton told her what to do and where to touch herself. Victim 2 confirmed that Hamilton threatened to expose her by posting her naked pictures and videos on Instagram if she did not continue to engage in sexually explicit conversations and video calls with him. Victim 2 learned that Hamilton had texted a few of her friends on Instagram and told them that he had nude pictures of her. During the interview, Victim 2 viewed still images of the videos that she had sent to Hamilton of her vagina, confirming that the images were of her and she had sent them to Hamilton.

### Victim 3

10. On or about February 29, 2020, Hamilton used the 2k20wit_rabbitt account to communicate with an eleven-year-old female ("Victim 3") residing in the Fort Lauderdale, Florida, area through her Instagram account. Over a period of several days, Hamilton and Victim 3 engaged in sexually explicit video calls. When one of the calls ended abruptly, Hamilton told Victim 3 that "I'm not done" and "I'm close" – seemingly indicating that he was reaching climax. Victim 3 stated that she did not want to continue. Hamilton responded by repeatedly trying to call her and then directing her to answer. When she refused, Hamilton stated, "Now

im stuck on hard" – seemingly referring to Hamilton having erection.

11. On or about August 20, 2020, Victim 3 was forensically interviewed and disclosed that she began chatting on Instagram with the user of the 2k20wit_rabbitt account around the end of 2019. Victim 3 confirmed that she advised the user – known to law enforcement as Hamilton – that she was eleven years old and recalled him telling her that he was nineteen years old. Victim 3 confirmed having sexually explicit video calls with Hamilton. During these video calls, Hamilton asked her to touch her bare chest and private parts with her hands. During the video calls, Victim 3 recalled seeing Hamilton touching his naked penis with his hand and masturbating until he ejaculated. Victim 3 advised that Hamilton threatened to expose her pictures/videos on Instagram if she did not continue the sexually explicit activity. Victim 3 confirmed that Hamilton posted a video on Instagram of her naked vagina that one of her eleven-year-old friends found on Instagram.

### Victim 4

12. On or about December 8, 2019, Hamilton communicated with a fifteen-year-old female ("Victim 4"), who resided in Kentucky. During the communication, Hamilton directed Victim 4 to perform oral sex on a teenage male her age. During this time, Hamilton screen-recorded the events but Victim 4 ultimately chose not to proceed with the sexual conduct.

13. On or about March 4, 2020, while in a chat group with Victim 4 and others, Hamilton told another user that he had a sexually explicit video of Victim 4: "That's y I got a video of her getting trained

### Arrest and *Miranda* Interview

14. On or about November 5, 2020, law enforcement arrested Hamilton pursuant to a federal criminal complaint. During a post-*Miranda* interview, Hamilton admitted to having sexual intercourse with Victim 1 but claimed that he thought that she was 16 years old instead of 13 years

old. Hamilton also admitted to recognizing Victim 2 when shown a picture of her but claimed that he did not remember receiving any pornographic images/videos from her.

15. Pursuant to a federal search warrant, law enforcement examined Hamilton's Apple iPhone S and found numerous images and videos of child pornography, including videos of Hamilton receiving oral sex from a 15 year old, a video of a 15 year old masturbating, and a video of a child (approximately 5-7 years old) giving oral sex to an unknown adult male..

### Victim 5

16. Between on or about December 12, 2019, and on or about October 29, 2020, Hamilton communicated with Victim 5, who was 14 years old and lived in Fort Lauderdale, Florida. On September 24, 2020, Victim 5 sent a video of a black female touching her naked vagina, including inserting a finger into her vagina. Hamilton replied, "send the 1 you sent on snap so I can see if I can hear it now".

17. On October 3, 2020, Hamilton communicated with Victim 5 and stated, "no call back no video I been patiently waiting". Victim 5 responded, "wat do want me to send." Hamilton replied, "I already fucking told you wtf". Victim 5 subsequently sent a video to Hamilton that depicts Victim 5, with her face covered with an emoji, rubbing her naked vagina with her hand, and a video of Victim 5 in the shower naked rubbing her naked breasts and naked pubic area.

18. On October 5, 2020, Victim 5 and Hamilton had a discussion about meeting in person to have sex. Victim 5 provided her home address to Hamilton. Later that day, Hamilton recorded himself having sexual contact with Victim 5: one video was 14 seconds long and the other was 48 seconds long. Both of which depict Victim 5 performing oral sex on Hamilton. There is also a 53-second video depicting Hamilton having vaginal sex with Victim 5 in the stairwell of an apartment complex.

19. On October 8, 2020, in another conversation, Hamilton accuses Victim 5 of not answering his texts messages or phone calls. Hamilton states, "ight i c how it is" and "ight you wanna play". Hamilton then sent her a screenshot from one of the videos identified in Paragraph 20. He stated, "pick up real talk or Ima post the shit fr". Victim 5 replied, "that's why I didn't want you to take that video idc wat u do wit it".

20. On January 25, 2021, a forensic interview was conducted with Victim 5. During the interview Victim 5 stated that she had sexually explicit conversations with Hamilton and sent Hamilton sexually explicit videos at his request. Hamilton told her what he wanted to see in the videos, including her inserting her finger in her vagina and her showering. Victim 5 stated she told Hamilton her age (she was 15 when they had sex) and Hamilton told her that he was 17 years old, but she knew he was lying. Victim 5 identified herself in screenshots from the videos that she sent to Hamilton of her touching her naked vagina, including her inserting her finger in her vagina (with her face covered with the emoji), and her in the shower touching her naked breasts and pubic area. Victim 5 also identified herself in screenshots from the videos depicting her and Hamilton engaging in sex acts on October 5, 2020. Victim 5 stated that she had sex with Hamilton on at least three occasions. Victim 5 stated when she had refused to have sex with Hamilton, he would threaten to break the windows of her residence and expose her images on the internet. Victim 5 stated that he sent that screenshot to her as a way to threaten her and telling her he would expose the video of them having sex on social media.

### Victim 6

21. On or about October 29, 2020, Hamilton communicated with Victim 6, who was 15 years old at the time and resided in Fort Lauderdale, Florida, On this day, they agreed to meet and have sex. On this day, Hamilton recorded Victim 6 performing oral sex on him. During later

7

text conversations between Hamilton and Victim 6, Victim 6 tells Hamilton that he raped her the first time they had sex, that she is a minor, and what he is doing is statutory rape because he is an adult. In another text conversation, Victim 6 told Hamilton that he threatened to expose her pictures on social media and Victim 6 stated, "You have a thing for talking and fucking underage girls You threatened to expose me twice and did once. You blackmailed me into have sex with you twice which is a crime."

22. On April 15, 2021, a forensic interview was conducted of Victim 6. During the interview, Victim 6 admitted that she had sent sexually explicit images to Hamilton at his request. Victim 6 also admitted that she had sex with Hamilton on numerous occasions at her residence. Victim 6 stated that Hamilton recorded her performing oral sex on him and he also recorded a video of them having vaginal sex. Victim 6 was shown screenshots from the videos of her performing oral sex on Hamilton and identified herself and Hamilton from those screenshots. Victim 6 also stated that Hamilton posted a video of her performing oral sex on him.

### Victim 7

23. On or about October 24, 2019, Hamilton communicated with Victim 7, who was 15 years old at the time and lived in Houston, Texas. During conversations on October 24, 2019, Victim 7 told Hamilton that she is 15 years old and in ninth grade. Hamilton responded that he was 19 years old. Later in the conversation, Hamilton told Victim 7 that he was masturbating to pictures of her, resulting in Victim 7 sending a video of a black female touching her naked vagina, including inserting her fingers inside the vagina. Hamilton asked for more images of her stating "show me it again" and "your stuff" and "your private."

24. During conversations on October 25, 2019, Hamilton asked for more videos of Victim 7. Victim 7 stated that she is in class at school and initially refused but then sent the same

8

video of the black female touching her vagina that she had previously sent to him. Hamilton continued to ask for more images and then threatened to expose her by posting her "nudes" on Instagram. Hamilton sent a video of a screen recording that he took of the videos that Victim 7 sent to him including the video of the black female touching her naked vagina. Hamilton told Victim 7 to go to the bathroom while she is at school to make a video. Victim 7 made a FaceTime call to Hamilton which Hamilton screen recorded and then sent back to Victim 7. This screen recording depicted Victim 7 touching her naked breasts in a bathroom.

25. On April 28, 2021, a forensic interview was conducted of Victim 7. During the interview, Victim 7 stated that she had sent sexually explicit images and videos to Hamilton at his request. Victim 7 was shown a screenshot from the video of the black female touching her naked vagina and identified herself as the one that was in the video. Victim 7 was also shown a screenshot from the FaceTime call that Hamilton screen recorded depicting a black female touching her naked breasts. Victim 7 stated that she was the one in the video and the video was from a FaceTime call she had with Hamilton at his request while she was in the bathroom at school. Hamilton had threatened to expose her pictures on social media if she did not engage in the FaceTime call. Victim 7 stated that Hamilton threatened to expose her sexually explicit videos on Instagram and threatened to send them to her family members and boyfriend.

## Additional Facts

26. During all communications with Victims 1 through 7, Hamilton was in the Southern District of Florida, specifically Broward County.

27. Cellphones and the Internet are facilities and/or instrumentalities of interstate and foreign commerce.

28. The Apple iPhone S that Hamilton possessed and contained child pornography was manufactured outside the State of Florida. Hamilton knew that some of the sexually explicit videos and photographs on his iPhone S were of children under the age of 18 years and that at least one individual was under 12 years of age.

29. The information contained in this proffer is not a complete recitation of all the facts and circumstances of this case, but the parties admit it is sufficient to prove beyond a reasonable doubt that a violations of Title 18, United States Code, Sections 2422(b), 2251(a), 875(d), and 2252(a)(4)(B).

Respectfully,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

Date: 8/16/2021   By: _____
AJAY J. ALEXANDER
ASSISTANT UNITED STATES ATTORNEY

Date: 8/15/21   By: _____
SCOTT SAUL, ESQ.
COUNSEL FOR DEFENDANT

Date: 8/15/21   By: _____
BRESHAWN HAMILTON
DEFENDANT